# EXHIBIT B

Supplemental Civil Cover Sheet
Page 1 of 2

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 134th Judicial District Court of Dallas County, Texas | DC-24-07221 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Ryan, LLC, Plaintiff | Andrew T. Turner, TBN 24008968, Jennifer Smiley, |
   | | TBN 24082004, Ogletree, Deakins, Nash |
   | | 8117 Preston Road, Dallas, TX 75225, 214.987.3800 |
   | Sean Radin, Defendant | Kimberly S. Moore, TBN 00784629, Laura E. Calhoun, |
   | TBN 06342400, Clark Hill, 2600 Dallas Parkway, | Suite 600, Frisco, TX 75034, 469.287.3900 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?        ☐ Yes        ☑ No

   If *"Yes,"* by which party and on what date?

   _____        _____

   Party                                                            Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4.  **Answer:**

Was an Answer made in State Court?  ☑ Yes          ☐ No

If "*Yes*," by which party and on what date?

Defendant, Sean Radin                    7/5/24
Party                                              Date

5.  **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|-------|--------------------------|
|       |                          |
|       |                          |
|       |                          |
|       |                          |
|       |                          |

6.  **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|-------|--------|
|       |        |

7.  **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|-------|----------|
| Ryan, LLC | Breach of contract; Plaintiff alleges Defendant breached various provisions of his employment agreement and seeks monetary and injunctive relief. |