# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| RYAN, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:24-cv-108-H |
| | § | |
| SEAN RADIN, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S SEAN RADIN'S MOTION TO TRANSFER DIVISION

Defendant Sean Radin (hereinafter "Radin" or "Defendant"), moves this court to enter an Order transferring this case to the Northern District of Texas, Dallas Division, and in support thereof, respectfully shows the Court the following:

Defendant filed its Notice of Removal on Thursday, July 11, 2024, and inadvertently chose the "Abilene Division" instead of the "Dallas Division" when completing the electronic filing form.

Venue is proper in the Dallas Division as Plaintiff's Original Petition was filed in Dallas County, Texas and under 28 U.S.C. § 1441(a), venue of the removed action is proper in the Dallas Division because the Northern District of Texas, Dallas Division is the district and division embracing the place where the state court action is pending.

WHEREFORE, Defendant Sean Radin respectfully requests this action be transferred from the Northern District of Texas, Abilene Division to the Northern District of Texas, Dallas Division.

Respectfully submitted,

*/s/ Kimberly S. Moore*
**KIMBERLY S. MOORE**
State Bar No. 00784629
ksmoore@clarkhill.com
**LAURA E. CALHOUN**
State Bar No. 06342400
lcalhoun@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway
Suite 600
Frisco, Texas 75034
469.287.3900
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANT SEAN RADIN**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant, Laura Calhoun, conferred with counsel for Plaintiff, Andrew Turner, on July 11, 2024 regarding this Motion to Transfer Division. Counsel for Plaintiff is not opposed to the Motion.

*/s/ Laura E. Calhoun*
Laura E. Calhoun

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 11th day of July, 2024, a true and correct copy of the foregoing was filed utilizing the Court's ECF system and all parties of record were notified via the Court's ECF system.

*/s/ Kimberly S. Moore*
**KIMBERLY S. MOORE**